STATE *ex rel.* E. J. LINDLEY, *Co. Atty.*, v.
J. C. McKNIGHT, *County Judge.*

No. A-2350.    Opinion Filed January 11, 1917.

(161 Pac. 1199.)

*Appeal from District Court, Custer County;
James R. Tolbert, Judge.*

Action by the State of Oklahoma, on the relation of
E. J. Lindley, County Attorney of Custer County, against
J. C. McKnight, County Judge.    Judgment for defend-
ant, and the State appeals.    Appeal dismissed.

*E. J. Lindley, A. E. Darnell* and *R. McMillan,* Asst.
Atty. Gen., for plaintiff in error.

*Jas. M. Shackleford,* for defendant in error.

PER CURIAM.    Plaintiff in error and defendant in
error have filed in this case their stipulations and joint
motion to dismiss the appeal herein.    It is so ordered.
Appeal dismissed.